**Order entered July 2, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00476-CR

**DANIEL RODRIGUEZ SALDANA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-47041-U**

## ORDER

Before the Court is the June 27, 2019 request for an extension of time filed by court reporter Sasha Brooks. We **GRANT** the request and **ORDER** the reporter's record due thirty days from the date of this order.

/s/      BILL PEDERSEN, III
JUSTICE